Nassau County Trust Company, as Administrator of the Estate of Shaheenie Saleeby, Deceased, et al., Appellants, *v.* Nazura D. Saleeby et al., Individually and as Heirs at Law and Next of Kin of Shaheenie Saleeby, Deceased, et al., Respondents.

Argued May 17, 1937; decided May 25, 1937.

*John R. Jones* and *Walter E. Warner* for motion. *Vito F. Lanza* opposed.